FARHAD NOVIAN (SBN 118129)
farhad@novianlaw.com
MICHAEL GERST (SBN 266514)
gerst@novianlaw.com
ALEXANDER KANDEL (SBN 306176)
alexanderk@novianlaw.com
NOVIAN & NOVIAN LLP
1801 Century Park East, Suite 1201
Los Angeles, California 90067
Telephone:  (310) 553-1222
Facsimile:   (310) 553-0222

Attorneys for Plaintiff BEN KWOK

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| BEN KWOK, an individual, | Case No. 5:22−cv−00013−SSS−SP |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO DISMISS CASE** |
| v. | |
| ZOETOP BUSINESS CO., LIMITED, a Hong Kong business entity; and DOES 1 through 10, inclusive, | |
| Defendants. | |

1  IT IS HEREBY AGREED UPON BETWEEN AND STIPULATED by the parties to the action as follows:

    A.    The complaint is dismissed with prejudice; and

    B.    The parties will each bear their own costs and attorneys' fees incurred in this action.

SO STIPULATED.

Dated: January 5, 2023    NOVIAN & NOVIAN, LLP

    By:    /s/ Farhad Novian
           FARHAD NOVIAN*
           MICHAEL GERST
           ALEXANDER KANDEL

    Attorneys for Plaintiff Ben Kwok

Dated: January 5, 2023    PIETZ & SHAHRIARI

    By:    /s/Morgan Pietz
           MORGAN E. PIETZ

    Attorneys for Defendant ZOETOP BUSINESS CO., LIMITED

*Pursuant to L.R. 5-4.3.4(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*