JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN KWOK, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>ZOETOP BUSINESS CO., LIMITED, a Hong Kong business entity; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 5:22-cv-00013-SSS-SPx<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE** |

FOR GOOD CAUSE APPEARING, the following is hereby ORDERED:

1. The complaint is dismissed with prejudice; and
2. The parties will each bear their own costs incurred in this action.

SO ORDERED.

Dated: January 6, 2023

_____
Honorable Sunshine Suzanne Sykes
United States District Judge